P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
OF TEXAS

14 HOUSTON
TX 773

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED.
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES

02 1M          $ 00.40⁶
0004279596     APR 01 2015
MAILED FROM ZIP CODE 78701

RE: WR-82,683-01

EUGENE DALE ENDERLIN JR.
TDC # 1490997




DISCHARGED

RTS